AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION

| | |
|---|---|
| THOMAS LEBEAU, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:22−CV−02721−JDC−KK |
| ) | |
| STATE FARM FIRE & CASUALTY CO ) | |
| *Defendant* ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    State Farm Fire & Casualty Co

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Matthew E Lundy
>Lundy Lundy et al (LC)
>P O Box 3010
>Lake Charles, LA 70602−3010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/16/2022     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22−CV−02721−JDC−KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State Farm Fire & Casualty Co was received by me on *(date)* Aug 16, 2022, 12:39 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on Dawn Brown, Louisiana Secretary of State Authorized Employee, who is designated by law to accept service of process on behalf of State Farm Fire & Casualty Co on *(date)* 8/17/2022 at 10:31 AM.

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ 0 for travel and $ 155.25 for services, for a total of $ 155.25.

I declare under penalty of perjury that this information is true.

Date: 08/18/2022

*Herbert Battistella*

*Server's signature*

Herb Battistella, Process Server

*Printed name and title*

CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817-3982
225-756-2537 • www.BatonRougeProcessServer.com

*Server's address*

Additional information regarding attempted service, etc.:

Successful Served: Aug 17, 2022, 10:31 am CDT at Louisiana Secretary of State: 8585 Archives Ave, Baton Rouge, LA 70809 received by Dawn Brown. Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'6"; Hair: Gray

Fees indicated above include a printing charge, along with advancing the $50 Louisiana Secretary of State filing fee.